ALFRED POMEROY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HARRY SIMON, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 29 *N. J. Super.* 439.

· *Mr. Max L. Rosenstein* for the petitioners.

*Messrs. Milton M. and Adrian M. Unger* and *Mr. Sam Denstman* for the respondents.

May 24, 1954.   Granted.

FLORENCE A. BOHN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HUDSON & MANHATTAN RAILROAD COMPANY, DEFENDANT-PETITIONER.

See same case below: 30 *N. J. Super.* 89.

*Messrs. Emory, Langan & Lamb* and *Mr. Arthur J. Blake* for the petitioner.

*Mr. Raymond J. Cuddy* and *Mr. Hyman Tobin* for the respondents.

May 24, 1954.   Granted.